**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**AHMAD BAREKAT**                                    **CASE NO.  1:26-CV-00410 SEC P**

**VERSUS**                                           **JUDGE ROBERT R. SUMMERHAYS**

**SHAD RICE ET AL**                                  **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | 6/29/26 | Presiding: Judge Robert R. Summerhays | |
| Court Opened: | 3:00 pm | Courtroom Deputy: | Chrissy Craig |
| Court Adjourned: | 3:30 pm | Court Reporter: | LaRae Bourque |
| Statistical Time: | :30 | Courtroom: | Video Conference |

**APPEARANCES**

| | | |
|---|---|---|
| Abigail Gabriella Philips | For | Ahmad Barekat Plaintiff |
| Peter M Mansfield | For | Defendants |

**PROCEEDINGS**

This case came up for a Zoom Status Conference on Motion for Temporary Restraining Order [11], filed by . The motion was argued and IT IS ORDERED that said motion is hereby DENIED without prejudice.

Within three days, the Government is to file a statement confirming the status and next steps in this case, as discussed at the video conference.