**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **AHMAD BAREKAT** | **CASE NO. 1:26-CV-00410 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SHAD RICE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant Petition for Writ of Habeas Corpus [Doc. 1] is GRANTED. Petitioner Ahmad Barekat ("Petitioner") shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today. The Government shall take all necessary measures to stay apprised of Petitioner's location after his release.

**IT IS FURTHER ORDERED** that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

**IT IS FURTHER ORDERED** that the government is authorized to take Petitioner into custody again to effectuate his removal once a third country has been identified that will accept him.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at the Jena/LaSalle Detention Facility, where Petitioner is detained.

**THUS DONE AND SIGNED** in chambers this 28th day of August, 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**